UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Gilbert and<br>Jennifer Gilbert,<br><br>Plaintiffs<br>vs.<br><br>Freeman Law Firm PLC and<br>Superior Construction Services, Inc.,<br><br>Defendants. | Case Number: 16cv1059 (DSD/SER)<br><br>**PLAINTIFFS'**<br>**ITEMIZATION OF DAMAGES** |

As and for their supplementation to the Rule 26(f) Report, Plaintiffs state their initial itemization of damages as follows:

Statutory damages: $1,000 per violation--$4,000 total;

Damages in Minnesota District Court Case—$119,000;

Attorney fees—to be determined.

CHAPIN CONSULTING, LLC

/s/ *M. Chapin Hall*

Dated:  October 19, 2016      _____

M. Chapin Hall (# 0167496)
The Commons Minnetonka, Suite 204
14451 Highway 7
Minnetonka, MN 55345
(952) 200-9407
Attorney for Plaintiffs Shawn Gilbert and Jennifer Gilbert